USI Solutions, Inc.
408 Mill Street
Bristol, Pa 19007
267-414-0092

DOC NO
REC'D/FILED

2017 MAY 22 AM 9:30

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

May 17, 2017

TO: Clerk of Court
United States District Court
Western District of Wisconsin
FROM: USI Solutions, Inc
RE: Civil Action No. 17-cv-240 response
DATE: May 17, 2017

We originally received a fax from Amy L. Cueller, Esq from Lemberg Law dated November 10, 2016 concerning Julie Teskie. We disagreed with the alleged allegations that were contained within their Complaint; I have addressed them below. In addition in the fax from Lemberg Law it was stated that they would not file a law suit if we responded within 30 days, we did respond within 30 days but they stated the fax was not received and they then filed suit; I have attached the delivery and read receipt showing that we did respond before the 30 days.

In the suit it stated that USI Solutions, Inc. called Ms. Teskie's brother for purposes other than obtaining or confirming location information; this is incorrect as we did not have a verified phone number for Ms. Teskie and while attempting to obtain location information Ms. Teskie's sister said that she was not in contact with her sister but believed her brother was so she gave us his contact phone number. Therefore we contacted Ms. Teskie's brother only in an attempt to obtain location information and only for that reason.

It was stated that USI failed to properly identify itself to Ms. Teskie and failed to advise Ms. Teskie that the call was in an attempt to collect a debt and all information obtained would be used for that purpose but instead falsely stated we represented the Creditor. Our collectors always identify the consumer first, then identify themselves and give the Mini-Miranda and Quality Assurance Disclosures. Once this is completed the collector proceeds to discuss the debt and reference the consumers' former account; we do not state that we represent the Original Creditor as we do not. I know that when they check they will see that this is what occurred; not what Ms. Teskie may be alleging.

The suit also stated that Ms. Teskie never received an initial letter and verbally disputed the debt with one of our collectors; this is denied. I do see that at one point Ms. Teskie stated that she wanted to make sure that we did not call any of her family members again; all other phone numbers had already been taken out once we had a confirmed contact phone number for Ms. Teskie and once you have a confirmed phone number for the Right Party you are not allowed to call a Third Party anyway so that would be a moot point.

**Charles Riter**

**From:** Microsoft Exchange
**To:** 2036533424@fastpbx.com
**Sent:** Friday, December 09, 2016 2:24 PM
**Subject:** Relayed: Teskie

**Delivery to these recipients or distribution lists is complete, but delivery notification was not sent by the destination:**

2036533424@fastpbx.com

Subject: Teskie

---

Sent by Microsoft Exchange Server 2007

1

## Charles Riter

**From:** Fax <Fax@fastpbx.com>
**To:** Charles Riter
**Sent:** Friday, December 09, 2016 2:24 PM
**Subject:** Read: Teskie

Your message was read on Friday, December 09, 2016 2:24:01 PM (GMT-05:00) Eastern Time (US & Canada).

1