# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Julie Teskie,<br><br>              Plaintiff,<br>v.<br><br>USI Solutions, Inc.; and DOES 1-10, inclusive,<br><br>              Defendants. | Civil Action No.: 3:17-cv-00240-bbc |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: August 15, 2017                    Respectfully submitted,

                                                        By /s/ Amy L. Cueller

                                                        Amy L. Cueller, Esq., #15052-49
                                                        LEMBERG LAW, L.L.C.
                                                        43 Danbury Road, 3rd Floor
                                                        Wilton, CT 06897
                                                        Telephone: (203) 653-2250
                                                        Facsimile: (203) 653-3424
                                                        E-Mail: acueller@lemberglaw.com
                                                        Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

   I hereby certify that on August 15, 2017, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of Wisconsin Electronic Document Filing System (ECF) and that the document is available on the ECF system.

             By /s/ Amy L. Cueller_____

              Amy L. Cueller